UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACIE COLE, JR., <br><br> Petitioner, <br><br> v. <br><br> PEOPLE OF THE STATE OF CALIFORNIA; FELIPE MARTINEZ, Warden, <br><br> Respondent. | NO. CV 20-1199-MWF (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and this action is dismissed for lack of jurisdiction.

DATED: April 6, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge